**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

DAVID BOYLE,

        Petitioner,        :        Case No. 3:19-cv-312

  - vs -                        District Judge Thomas M. Rose
                                     Magistrate Judge Michael R. Merz

WARDEN, Chillicothe Correctional
   Institution,

                                :

        Respondent.

## RECOMMITAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 3) to the Magistrate Judge's Report and Recommendations (ECF No. 2).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

October 17, 2019                                                                         *s/Thomas M. Rose

                                                                                          _____
                                                                                               Thomas M. Rose
                                                                           United States District Judge