# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DAVID BOYLE,

        Petitioner,   :   Case No. 3:19-cv-312

  - vs -                           District Judge Thomas M. Rose
                                     Magistrate Judge Michael R. Merz

WARDEN, Chillicothe Correctional
Institution,
                               :

        Respondent.

## RECOMMITAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 6) to the Magistrate Judge's Supplemental Report and Recommendations (ECF No. 5).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a second supplemental report analyzing the Objections and making recommendations based on that analysis.

October 29, 2019                                                                              *s/Thomas M. Rose

                                                                                                                                     Thomas M. Rose
                                                                       United States District Judge